UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK ALEXANDER MAGANA, | ) Case No. CV 05-5382 JFW(JC) |
| Petitioner, | ) ~~(PROPOSED)~~ |
| v. | ) JUDGMENT |
| MATTHEW C. KRAMER, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: October 17, 2008

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE